IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID O. OLIVER, #285 230, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:13-CV-14-WKW |
| | ) [WO] |
| VICTOR NAPIER, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge (Doc. # 30), and upon an independent review of the file in this case, it is ORDERED as follows:

(1)   The Recommendation is ADOPTED;

(2)   Plaintiff's Motion for Preliminary Injunction (Doc. # 27) is DENIED; and

(3)   This case is REFERRED back to the Magistrate Judge for additional proceedings.

DONE this 7th day of June, 2013.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE