IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DAVID O. OLIVER, #285 230, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:13-CV-14-WKW |
| | ) | [WO] |
| VICTOR NAPIER, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

There being no objections filed to the Recommendation of the Magistrate Judge (Doc. # 34), and upon an independent review of the file in this case, it is ORDERED as follows:

(1) The Recommendation is ADOPTED;

(2) Plaintiff's action is DISMISSED without prejudice for lack of jurisdiction.

DONE this 9th day of July, 2013.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE